**Order entered August 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00163-CR

### JOSE ANTONIO PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-71985-U

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Niles Illich; (3) Cheryl Dixon is the court reporter who recorded the proceedings; (4) Ms. Dixon's explanation for the delay in filing the record is her workload; and (5) Ms. Dixon indicated she would file the reporter's record by July 31, 2015. We note that Ms. Dixon did not file the reporter's record by July 31, 2015.

We **ORDER** Cheryl Dixon, official court reporter of the 291st Judicial District Court, to file the reporter's record within **FIVE DAYS** of the date of this order. Because the record is

already nearly four months overdue, no further extensions will be granted. If the record is not filed within the time specified, the Court will utilize the available remedies, which may including ordering that Cheryl Dixon not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, official court reporter, 291st Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
          JUSTICE